# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141501

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HAMIN LORENZO DIXON,
      Defendant-Appellant.

SC: 141501
COA: 298204
St. Clair CC: 09-002517 FH

_____/

On order of the Court, the application for leave to appeal the June 22, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

Corbin R. Davis

Clerk

y1115